June 19, 1968.

M. P. No. 184. WILLIAM C. HOOPER *v.* HARRY GOLDSTEIN, *et al.* Reargument denied. *Beals, Sweeney & Jerue, David F. Swee-*

ney, for petitioner. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Asst. City Solicitor, for respondents.